UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

CENTER FOR BIOLOGICAL DIVERSITY

vs.                                                                 Case No.:  5:25-cv-179

USDA APHIS WILDLIFE SERVICES

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Andrea Zaccardi , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Plaintiff  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Center for Biological Diversity  with offices at:

    Mailing address:  P.O. Box 469
    City, State, Zip Code:  Victor, ID 83455
    Telephone:  (303) 854-7748          Facsimile:

2. Since  2011 , Applicant has been and presently is a member of and in good standing with the Bar of the State of  Idaho . Applicant's bar license number is  8818 .

3. Applicant has been admitted to practice before the following courts:

    Court:                                              Admission date:
    See attached sheet below

Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Supreme Court of Massachusetts | 12/02/2005 |
| U.S. District Court – District of Colorado | 09/06/2006 |
| Supreme Court of Colorado | 10/23/2006 |
| Tenth Circuit Court of Appeals | 12/18/2006 |
| U.S. District Court – District of Idaho | 12/07/2011 |
| Supreme Court of Idaho | 12/07/2011 |
| U.S. District Court – District of Wyoming | 12/05/2014 |
| Supreme Court of Wyoming | 12/05/2014 |
| Ninth Circuit Court of Appeals | 06/14/2017 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Colin Cox

Mailing address: 1025 ½ Lomas NW

City, State, Zip Code: Albuquerque, NM 87102

Telephone: (832) 316-0580

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Andrea Zaccardi to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Andrea Zaccardi
[printed name of Applicant]

*Andrea Zaccardi* (signature)
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 19th day of February, 2025.

Andrea Zaccardi
[printed name of Applicant]

*Andrea Zaccardi* (signature)
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

CENTER FOR BIOLOGICAL DIVERSITY

vs.                                                          Case No.: 5:25-cv-179

USDA APHIS WILDLIFE SERVICES

**ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Andrea Zaccardi, counsel for Plaintiff, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Andrea Zaccardi may appear on behalf of Plaintiff in the above case.

IT IS FURTHER ORDERED that Andrea Zaccardi, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE