AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY<br><br>*Plaintiff(s)*<br>v.<br><br>USDA APHIS WILDLIFE SERVICES, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 5:25-cv-179-XR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  USDA APHIS WILDLIFE SERVICES
1400 Independence Avenue, SW
South Agriculture Building, Room 1624
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Colin Cox
Center for Biological Diversity
1025 ½ Lomas NW
Albuquerque, NM 87102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date:  02/20/2025                             *Veronica Leyva*
                                              *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY <br> *Plaintiff(s)* <br> v. <br> USDA APHIS WILDLIFE SERVICES, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:25-cv-179-XR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JESSICA FANTINATO, Deputy Administrator
USDA APHIS Wildlife Services
1400 Independence Avenue, SW
South Agriculture Building, Room 1624
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Colin Cox
Center for Biological Diversity
1025 ½ Lomas NW
Albuquerque, NM 87102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 02/20/2025

*Veronica Leyva*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

CENTER FOR BIOLOGICAL DIVERSITY

*Plaintiff(s)*

v.   Civil Action No. 5:25-cv-179-XR

USDA APHIS WILDLIFE SERVICES, et al.

*Defendant(s)*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BROOKE L. ROLLINS, Secretary of Agriculture
U.S. Department of Agriculture
1400 Independence Avenue, SW
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Colin Cox
Center for Biological Diversity
1025 ½ Lomas NW
Albuquerque, NM 87102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date:  02/20/2025         *Veronica Leyva*
                   *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY <br> *Plaintiff(s)* <br> v. <br> USDA APHIS WILDLIFE SERVICES, et al. <br> *Defendant(s)* | Civil Action No. 5:25-cv-179-XR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MICHAEL J. BODENCHUK, State Director
Texas Wildlife Services
P.O. Box 690170
San Antonio, TX 78269

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Colin Cox
Center for Biological Diversity
1025 ½ Lomas NW
Albuquerque, NM 87102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 02/20/2025

*Veronica Leyva*
*Signature of Clerk or Deputy Clerk*

